AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

Richard Hartman )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 8:14 Cv 931 T35 TBM
HSBC Card Services, Inc. d/b/a Orchard Bank )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HSBC Card Services, Inc.
c/o Registered Agent
CT Corporation
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gus M. Centrone
Centrone & Shrader, PLLC
1710 N. 19th Street, Suite 205
Tampa, FL 33605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 18 2014 _____
*Signature of Clerk or Deputy Clerk*