UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HARTMAN,

                Plaintiff

VS.         Court No.: 8:14 cv 931 t 35 TBM

HSBC CARD SERVICES INC. d/b/a ORCHARD BANK,

                Defendant.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Ernesto Avila, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal IL, Inc., a licensed private detective agency, license number 117-001465. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Action and Verified Complaint for Unlawful Collection Practices

Defendant to be served: HSBC Card Services, Inc.

ADDRESS WHERE ATTEMPTED OR SERVED: c/o Registered Agent, CT Corporation, 1200 South Pine Island Road Plantation, FL, 33324

I **SERVED** the within named defendant on: 4/22/2014 1:45 PM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Donna Moch, (Title): Section Head, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 48 **Gender:** Female **Race:** Caucasian **Height:** 5-4 **Weight:** 101-125 **Hair:** Brown **Eyes:** Brown

Additional Comments:

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 4/23/14            _____
                                                               Signature of Process Server

_____
Notary Public



D. ESDELLE
Notary Public - State of Florida
My Comm. Expires Oct 29, 2017
Commission # FF 061590
Bonded Through National Notary Assn.

Page 1 of 1

File Number: 1CS042114
Reference Number: 3178884
Case Number: 8:14 cv 931 t 35 TBM
Doc Generated: 04/23/2014 12:09:08:664 PM

570241_3178884_0_23_V3