**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICHARD HARTMAN,**

       **Plaintiff,**

**v.**                                                                **CASE NO. 8:14-cv-00931-MSS-TBM**

**HSBC CARD SERVICES, INC.,**

       **Defendant.**
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO**
**HSBC CARD SERVICES, INC.**

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to HSBC Card Services, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs except as otherwise agreed between the parties prior to this stipulation.

Dated:  May 13, 2015                          Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**                    **STROOCK & STROOCK & LAVAN LLP**
1710 N. 19th Street, Suite 205                  200 Biscayne Blvd., FL 31
Tampa, Florida 33605                            Miami, FL  33132-2219
Phone:  (813) 360-1529                          Phone: (305) 789-9900
Fax:     (813) 336-0832                         Fax:    (305) 789-9302

/s/ Gus M. Centrone                            /s/ Brian Frontino
_____                _____
**GUS M. CENTRONE, ESQ.**                        **BRIAN FRONTINO, ESQ.**
e-mail: gcentrone@centroneshrader.com          e-mail: bfrontino@stroock.com
**BRIAN L. SHRADER, ESQ.**                       Florida Bar No. 95200
Florida Bar No. 57251                          Attorney for Defendant
e-mail: bshrader@centroneshrader.com           HSBC Card Services, Inc.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2015, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

      /s/ Gus M. Centrone
      **GUS M. CENTRONE, ESQ.**